# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135663
& (87)

JOSEPH YOUNT,
      Plaintiff-Appellee,

v

DIANA YOUNT,
      Defendant-Appellant.

SC: 135663
COA: 278890
Ingham CC: 07-000663-DC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 11, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2008

*Corbin R. Davis*

Clerk

l0304